# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-CV-00054-FDW-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | **(By Consent of All Parties)** |
| **SCOTT SOPKO,** ) | |
| ) | |
| **Defendant**. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a Consent Motion by all parties for Entry of a Final Order and Judgment. (Doc. No. 3). The United States filed this action against Defendant seeking civil penalties pursuant to the Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA"), 12 U.S.C. §1833a. The parties hereto have settled all claims and issues in this matter and have requested the court to enter Final Order and Judgment in accordance with the stipulations and agreements in their motion. Accordingly, the Motion is GRANTED.

All parties to this action consent to the entry of this Final Order and a Judgment, waive any further findings of fact or conclusions of law other than what is set forth in this Order, waive all rights of appeal from this Order and the Final Judgment, and agree each to bear their own costs and attorneys' fees related to this action.

Wherefore, upon the consent of the parties**, IT IS HEREBY ORDERED, JUDGED, AND DECREED**, that

1. The Court finds that the Defendant admits only proper service of the complaint and

summons and the jurisdiction of this court in this matter and neither admits nor denies any other allegation of the complaint. The stipulations and agreements in the joint motion filed by the parties, the entry of this Final Order, the Judgment in this case, and any act performed in compliance with the terms of such Final Order or Judgment shall not constitute or be construed as an admission by the Defendant of a violation of any law, regulation, or policy.

2. Judgment shall be entered in favor of the United States of America and the Defendant shall pay to the United States of America a civil monetary penalty under FIRREA in the amount of Fifty-Five Thousand Dollars ($55,000.00) by check payable to "The United States" and delivered shortly thereafter with a copy of the closing settlement statement by certified U.S. Mail or any express delivery service to:

> United States Attorney
> Financial Litigation Unit
> Suite 1700 Carillon Building
> 227 West Trade Street
> Charlotte, NC 28202

3. The Defendant shall not seek any loan from Branch Banking & Trust Company (BB&T) or First Charter Bank for a period of five years from the entry of the Final Judgment in this case.

4. The civil penalty to be paid pursuant to this stipulation and agreement and any order or judgment in this case cannot be discharged in bankruptcy. See 11 U.S.C. § 523(a)(7).

5. The parties are each to bear their own costs and attorney's fees with regard to this matter.

6. The Clerk is directed to enter a judgment in favor of the United States of America consistent with this Final Order.

IT IS SO ORDERED.

Signed: February 25, 2014

Frank D. Whitney
Chief United States District Judge